UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:01-cr-00265-LRH-RJJ |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| TIMOTHY WEAVER BRADLEY, ) | |
| Defendant. ) | |

The above-entitled matter is scheduled for a hearing before Judge Hicks at the Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, in Las Vegas, Nevada on Tuesday, March 17, 2009, at 2:30 p.m.  Because this hearing necessitates that Judge Hicks and members of his staff travel to Las Vegas for purposes of this hearing, the parties are placed on notice that there will be no continuances granted, by stipulation or otherwise, unless a motion or stipulation is presented with material supporting grounds no later than seven (7) days prior to the hearing.

IT IS SO ORDERED.

DATED this 12th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE